UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

In re:  SHANNON STOVER  Case No. 08-11351-NLJ
Debtor  Chapter 13

## NOTICE OF CONVERSION FROM CHAPTER 13 TO 7

COMES NOW Philip A. Hurtt, Attorney for the Debtor, SHANNON STOVER, and respectfully show the Court:

1. That on April 4, 2008, the Debtor filed for relief under Chapter 13 of the U.S. Bankruptcy Code;

2. The debtor hereby files this conversion under 11 U.S.C. Sec 1307 and 11 U.S.C. Sec. 348 to convert this Chapter 13 case to a case under Chapter 7.

Executed: 8/31/09

/s/Philip A. Hurtt
Philip A. Hurtt, OBA# 16244
Attorney for the Debtor(s)
1525 SW 89th Street
Oklahoma City, OK 73159
(405) 634-7600 Telephone
(405) 634-9306 Facsimile

## STATEMENT OF CONVERSION OF DEBTOR(S)

I, SHANNON STOVER, Debtor, hereby instruct my attorney to convert my case from a Chapter 13 filing to a Chapter 7 filing.

Dated: 8-31-09

/s/ Shannon Stover
Debtor                                Joint Debtor

## CERTIFICATE OF MAILING

I herby certify that on this _31st_ day of August 2009, a true and correct copy of the Notice of Conversion from Chapter 13 to Chapter 7 was electronically served using the CM/ECF system, namely:

John T. Hardeman, Chapter 13 Trustee
Herb Graves, Assistant U.S. Trustee

Further, I certify that on the _31st_ day of August, 2009, copies of the Notice of Conversion from Chapter 13 to Chapter 7 were forwarded via U.S. Mail, first class, postage prepaid and property addressed to the following attached mailing matrix:


/s/Philip A. Hurtt
Philip A. Hurtt

Shannon Stover
2640 S.E. 97th
Oklahoma City, OK  73160

American General
5529 S.E.15
Del City, OK  73115

Assured Credit
4726 SE 29th
Del City, OK  73115

Cardmember Service
P.O.Box 94014
Palestine, IL  60098

CCB Credit Services
HSBC
5300 S. 6th St.
Springfield, IL  62703-5184

Chesepeak Inc
P.O. Box 1349
Granbury, TX  76048

Citi Financial
11709 S. Western
Oklahoma City, OK  73170

Clear Check Payment Solutions
Dollar General Corporation
P.O.Box 27087
Greenville, SC  29616

Cox
6301 Waterloo Blvd. Suite 200
Oklahoma City, OK  73118

Dons Weed Service
P.O. Box 10501
Midwest City, OK  73140

Fifth Third Bank
C/0 Regional Adjustment Bureau
P.O. Box 34111
Memphis, TN  38184

Focus Recievables
Direct TV
1130 North Chase PKWY #150
Marrietta, GA  30067

G E Money Bank
P.O. Box 960061
Orlando, FL  37896

Harley Davidson Credit
8529 Innovation Way
Chicago, IL  60682

HSBC
P.O.Box 60102
City Of Industry, CA  91716

Integris Southwest
4401 S Western Ave
Oklahoma City, OK  73109

IRS Federal Taxes
Austin, TX

J C Penny
P.O. Box 960001
Orlando, FL  32896-0001

Kivell, Rayment & Francis, Attys At Law
US Bank Home Mortgage
7666 E 61st St Ste 240
Tulsa, OK  74133

Sears
P.O. Box 6936
The Lakes, NV  88901

Southwest Credit Systems
AT&T
5910 W. Plano Prkway Suite 100
Plano, TX  75093

Southwest Oklahoma MRI LLC
9901 S Penn
Oklahoma City, OK  73159

Superior Finance
109 N. Eastern Ave
Moore, OK  73120

U.S. Bank
P.O. Box 468002
Bedford, OH  44146

Works And Lentz
3030 N.W. Expsway #225
Oklahoma City, OK  73112